# EXHIBIT B



## CLASS ACTION AGAINST
# KINDRED HEALTHCARE

- WHAT'S THE CASE ABOUT?
- HOW CAN I HELP?
- WHAT LAWS PROTECT ME?
- WHO ARE THE LAWYERS?

## WHAT'S THE CASE ABOUT?

Our firm, Capstone Law APC, filed a class action on behalf of current and former non-exempt, hourly-paid employees (excluding Clinicians and piece-rate paid employees) who worked for Kindred Healthcare, Inc. and KND 52, L.L.C. (collectively, "Kindred Healthcare") in California. The lawsuit, entitled *Kirby v. Kindred Healthcare, Inc., et al.*, is currently pending in San Bernardino County Superior Court, Case No. CIVDS1708958. The lawsuit alleges Kindred Healthcare committed the following violations:

- not paying all overtime wages;
- not paying at least minimum wage for all hours worked (relating to hours worked off-the-clock);
- not providing employees with timely, uninterrupted meal and/or rest breaks;
- not paying employees one hour of pay for each missed meal or rest break;
- not providing employees proper wage statements (pay stubs);
- failing to maintain accurate payroll records;

**CALL US AT**
**888.342.7146**

**CONTACT US & LEARN MORE**

Please enter the information below or call us to speak with Anthony Castillo, Esq. **Hablamos Español**

**Name:** *

**Address:**

**Street Address**

City     State

**Zip Code**

**Phone:**

**1 of 8**



- WHAT'S THE CASE ABOUT?
- HOW CAN I HELP?
- WHAT LAWS PROTECT ME?
- WHO ARE THE LAWYERS?

- not paying wages timely during employment and upon termination;
- failing to pay split shift premiums;
- failing to pay reporting time pay;
- failing to pay the costs of mandatory pre-employment physical examinations; and
- failing to reimburse work-related business expenses.

We believe that these are violations of California's Labor Code, and we also believe that these violations occurred on a systematic basis to Kindred Healthcare employees.

If you worked for Kindred Healthcare at any time from May 12, 2013, until the present and would like more information about this case, please call us at **888.342.7146** or send an email to [info@KindredLawsuit.com](mailto:info@KindredLawsuit.com). Be sure to give your name, telephone number, and the best time to reach you, and an attorney will get back to you soon.



Email: *

Comments on your experience:

By submitting your email address above, you are agreeing to receive email updates from Capstone Law APC on legal news, services, and pending litigation.

PRIVACY POLICY | DISCLAIMER



- WHAT'S THE CASE ABOUT?
- HOW CAN I HELP?
- WHAT LAWS PROTECT ME?
- WHO ARE THE LAWYERS?

CLASS ACTION AGAINST
# KINDRED HEALTHCARE

## HOW CAN I HELP?

If you worked for Kindred Healthcare at any time from May 12, 2013, until the present and would like more information about this case, please email us at [info@KindredLawsuit.com](mailto:info@KindredLawsuit.com) or call us at **888.342.7146**. Be sure to leave your name, telephone number, and the best time to reach you, and an attorney will get back to you soon.

**3 of 8**

**CALL US AT**
**888.342.7146**

**CONTACT US & LEARN MORE**

Please enter the information below or call us to speak with Anthony Castillo, Esq. **Hablamos Español**

**Name:** *

[ ]

**Address:**

[ ]

**Street Address**

[ ] [ ▼ ]

City     State

[ ]

**Zip Code**

**Phone:**





WHAT'S THE CASE ABOUT?

HOW CAN I HELP?

WHAT LAWS PROTECT ME?

WHO ARE THE LAWYERS?

CLASS ACTION AGAINST
# KINDRED HEALTHCARE

## WHAT LAWS PROTECT ME?

California law provides various protections and rights to employees in the state in the areas of wrongful termination, workplace harassment, and regarding wage issues like overtime, minimum wages, meal breaks, vacation pay, and other issues related to compensation. You can find a more detailed description of various rights organized below by subject.

- Overtime
- Minimum Wage
- Meal Periods
- Rest Periods
- Reporting Time Pay
- Tips and Gratuities
- Deductions
- Paydays, Pay Periods, and Final Wages
- Waiting Time Penalty
- Personnel Files and Records
- Vacation
- Holidays

**CALL US AT**

**888.342.7146**

**CONTACT US & LEARN MORE**

Please enter the information below or call us to speak with Anthony Castillo, Esq. **Hablamos Español**

**Name:** *

**Address:**

**Street Address**

**City**  **State**

**Zip Code**

**Phone:**



WHAT'S THE CASE ABOUT?

HOW CAN I HELP?

WHAT LAWS PROTECT ME?

WHO ARE THE LAWYERS?

- Retaliation/Discrimination
- Independent Contractors

**Email:** *

**Comments on your experience:**

By submitting your email address above, you are agreeing to receive email updates from Capstone Law APC on legal news, services, and pending litigation.

Submit

PRIVACY POLICY | DISCLAIMER



WHAT'S THE CASE ABOUT?

HOW CAN I HELP?

WHAT LAWS PROTECT ME?

WHO ARE THE LAWYERS?

CLASS ACTION AGAINST
# KINDRED HEALTHCARE

## WHO ARE THE LAWYERS?

At Capstone Law APC, we believe that employees should be treated fairly, consumers should get what they pay for, and rights should be protected even when someone cannot afford a lawyer. Capstone Law seeks to represent employees, consumers and investors across the country in litigation involving labor and workplace rights, privacy laws, automobile and other product defects, consumer protection, false advertising or other deceptive trade practices, and securities fraud.

Capstone's attorneys understand the tactics that well-financed defendants use to shield themselves from responsibility. In fact, a number of our attorneys previously worked for large national law firms and graduated from top law schools, including Harvard, University of Michigan, UCLA, and USC. Capstone Law has the talent, experience, financial resources and depth of knowledge to successfully litigate the most complex and challenging cases against the country's largest corporations when they ignore labor laws and workplace protections, make deceptive claims, violate privacy protections, or sell defective products and services.

Our law firm is organized into four main practice areas – Labor & Employment, Consumer Rights, Automotive Defects, and Securities Fraud. We also maintain departments for Mass Actions and Appeals &

**CALL US AT**

**888.342.7146**

**CONTACT US & LEARN MORE**

Please enter the information below or call us to speak with Anthony Castillo, Esq. **Hablamos Español**

Name: *

Address:

Street Address

City          State

Zip Code

Phone:



**WHAT'S THE CASE ABOUT?**

**HOW CAN I HELP?**

**WHAT LAWS PROTECT ME?**

**WHO ARE THE LAWYERS?**

Complex Motions. Our firm pursues cases in California state and federal courts, as well as in courts around the nation. We also pursue our clients' claims in arbitration and before administrative agencies. Whatever the forum or venue, Capstone Law invests the time and resources necessary to vigorously prosecute its cases.

As part of our commitment to social justice, our firm supports public policy, educational campaigns and legislative efforts to secure and expand the rights of consumers and working people. The firm also publishes the Impact Litigation Journal, a running commentary on important legal developments in the area of representative actions and other complex litigation.

**Email:** *

**Comments on your experience:**

By submitting your email address above, you are agreeing to receive email updates from Capstone Law APC on legal news, services, and pending litigation.

[Submit]

PRIVACY POLICY | DISCLAIMER

**8 of 8**