Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Robert Drexler (SBN 119119)
Robert.Drexler@Capstonelawyers.com
Molly A. DeSario (SBN 230763)
Molly.DeSario@Capstonelawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:     (310) 556-4811
Facsimile:     (310) 943-0396

Attorneys for Plaintiffs Michael Kirby,
Laura Kingston, Keosha Gates,
Martha Parra, Michelle Marie Dick,
and Jeffrey Montes

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KIRBY, LAURA KINGSTON, KEOSHA GATES, MARTHA PARRA, MICHELLE MARIE DICK, JEFFREY MONTES, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KINDRED HEALTHCARE OPERATING, LLC, a Delaware limited liability company; KND 52, L.L.C., a Delaware limited liability company; KND 55, L.L.C., a Delaware limited liability company; THC - ORANGE COUNTY, LLC, a California limited liability company; Bayberry Care Center, L.L.C., a Delaware limited liability company; Foothill Nursing Company Partnership, a California general partnership; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-00833-JLS-DFM<br><br>Assigned to Hon. Josephine L. Staton<br><br>**DECLARATION OF MELISSA GRANT IN SUPPORT OF PLAINTIFFS' REPLY TO OPPOSITION TO MOTION FOR ORDER (1) INVALIDATING PURPORTED SETTLEMENTS; (2) PROHIBITING DEFENDANTS FROM FURTHER *EX PARTE* COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS RE CLAIMS;(3) ORDERING DEFENDANTS TO SEND A CORRECTIVE NOTICE; AND (4) REQUIRING DEFENDANTS TO IDENTIFY THE CLASS MEMBERS WHO THEY HAVE CONTACTED RE: SETTLEMENT**<br><br>Date:  April 24, 2020<br>Time:  10:30 a.m.<br>Place: Courtroom 10A<br><br>Complaint Filed: May 12, 2017 |

1    I, Melissa Grant, hereby declare:

2    1.    I am an attorney at law duly licensed to practice before the courts of

3    the State of California, and a partner at Capstone Law APC, counsel of record

4    for Plaintiffs herein. I make this Declaration in support of Plaintiffs' Opposition

5    to Defendant's Motion for Summary Adjudication.  Unless otherwise indicated, I

6    have personal knowledge of the following facts based on my personal

7    experiences, or on information with which I was provided and reviewed and, if

8    called as a witness, I could and would testify competently to such facts under

9    oath.

10    2.    Attached as Exhibit A is a true and correct copy of the San Bernardino

11    Superior Court's online docket in this matter, Case No. CIVDS1708958, which I obtained

12    from the Superior Court's website on April 9, 2020.

13    3.    Attached as Exhibit B is a true and correct copy of this Court's Civil Docket,

14    which I obtained through PACER on April 9, 2020.

15    4.    The motion Plaintiffs submitted in state court was denied without prejudice

16    because the court did not have sufficient evidence from potential class members.

17    I declare under penalty of perjury under the laws of the State of California

18    and the United States that the foregoing is true and correct and that this

19    Declaration was executed on April 10, 2020, in Loa Angeles, California.

20

21

22                                    Melissa Grant

23

24

25

26

27

28

DECLARATION OF MELISSA GRANT ISO PLAINTIFFS' REPLY TO OPPOSITION TO MOTION RE:
IMPROPER CLASS MEMBER COMMUNICATIONS

Exhibit A

# Actions

**Home**      **Complaints/Parties**      **Actions**      **Minutes**      **Pending Hearings**      **Case Report**      **Images**

Case Type: [_____] ▼

Case Number: [_____]  [ Search ]

## Case CIVDS1708958 - CLASS ACTION-KIRBY-V-KINDRED HEALTHCARE

[_____]  [ Move To This Date ]

[Next 50](#)

| Viewed | Date | Action Text | Disposition | Image |
|---|---|---|---|---|
| N | 11/08/2019 | NOTICE OF RULING FILED BY MICHAEL KIRBY. | Not Applicable | 📷 |
| | 11/06/2019 8:30 AM DEPT. S26 | HEARING RE: STATUS OF REMOVAL - Minutes | Pre-D Complete | |
| N | 11/04/2019 | STATUS STATEMENT RE: STATUS OF REMOVAL FILED. | Not Applicable | 📷 |
| | 08/05/2019 8:30 AM DEPT. S26 | FURTHER CASE MANAGEMENT CONFERENCE | VACATED | |
| N | 07/17/2019 | REPORT OF STATUS OF REMOVAL TO FEDERAL COURT FILED. | Not Applicable | 📷 |
| | 05/06/2019 | MATTER STAYED | Not Applicable | |
| | 05/06/2019 | STAY OF EXECUTION GRANTED ON CASE. REASON: HIGHER COURT ORDER | Not Applicable | |
| N | 05/06/2019 | NOTICE OF HEARING SENT. | Not Applicable | 📷 |
| | 05/06/2019 | RETURN TO COURT'S CONTROL | Not Applicable | |
| N | 05/06/2019 | NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT FILED BY MICHAEL KIRBY, LAURA KINGSTON, KEOSHA GATES, MARTHA PARRA. FEDERAL NUMBER 5:19-CV-00833. | Not Applicable | 📷 |
| | 05/02/2019 | FILING FEE PAID BY THC-ORANGE COUNTY,LLC, A CALIFORNIA, BAYBERRY CARE CENTER, L.L.C., ADELAWARE, KND DEVELOPMENT 55,L.L.C. FOR COMPLEX FEES | Not Applicable | |
| | 05/02/2019 | FILING FEE PAID BY THC-ORANGE COUNTY,LLC, A CALIFORNIA, BAYBERRY CARE CENTER, L.L.C., ADELAWARE, KND DEVELOPMENT 55,L.L.C. FOR FIRST PAPER FEE | Not Applicable | |
| | 05/02/2019 | FILING FEE PAID BY KINDRED HEALTHCAREOPERATING, LLC, A FOR COMPLEX FEE | Not Applicable | |
| | 05/02/2019 | FILING FEE PAID BY KINDRED HEALTHCAREOPERATING, LLC, A FOR FIRST PAPER FEE | Not Applicable | |
| | 05/02/2019 | DEFENDANT KINDRED HEALTHCAREOPERATING, LLC, A, THC-ORANGE COUNTY,LLC, A CALIFORNIA, BAYBERRY CARE CENTER, L.L.C., ADELAWARE, KND DEVELOPMENT 55,L.L.C. FIRST PAPER FEE PAID IN FULL | Not Applicable | |
| | 05/02/2019 | DEFENDANT KND DEVELOPMENT 52,L.L.C. FIRST PAPER FEE PAID IN FULL | Not Applicable | |

| | | | | |
|---|---|---|---|---|
| N | 05/02/2019 | ANSWER FILED BY KINDRED HEALTHCAREOPERATING, LLC, A, THC-ORANGE COUNTY,LLC, A CALIFORNIA, BAYBERRY CARE CENTER, L.L.C., ADELAWARE, KND DEVELOPMENT 52,L.L.C., KND DEVELOPMENT 55,L.L.C.; PARTY REPRESENTED BY LITTLER MENDELSON,P.C.. | Not Applicable | 📷 |
| | 05/02/2019 | ON 1ST AMENDED COMPLAINT (UNLIMITED) OF MICHAEL KIRBY, KND 55, L.L.C., A DELAWARE LIMITED REMOVED AS A PARTY. | Not Applicable | |
| | 05/02/2019 | ON 1ST AMENDED COMPLAINT (UNLIMITED) OF MICHAEL KIRBY, KND 52, L.L.C., A DELAWARE LIMITED REMOVED AS A PARTY. | Not Applicable | |
| | 05/02/2019 | ON 1ST AMENDED COMPLAINT (UNLIMITED) OF MICHAEL KIRBY FOR KND DEVELOPMENT 52,L.L.C., ADD KND 52, L.L.C.. | Not Applicable | |
| | 05/02/2019 | ON THE 1ST AMENDED COMPLAINT (UNLIMITED) OF MICHAEL KIRBY, KND DEVELOPMENT 55,L.L.C. IS ADDED AS A DEFENDANT. | Not Applicable | |
| | 05/02/2019 | ON THE 1ST AMENDED COMPLAINT (UNLIMITED) OF MICHAEL KIRBY, KND DEVELOPMENT 52,L.L.C. IS ADDED AS A DEFENDANT. | Not Applicable | |
| | 05/02/2019 | ON 1ST AMENDED COMPLAINT (UNLIMITED) OF MICHAEL KIRBY, KND DEVELOPMENT 52,LLC REMOVED AS A PARTY. | Not Applicable | |
| | 05/02/2019 | ON 1ST AMENDED COMPLAINT (UNLIMITED) OF MICHAEL KIRBY, KINDRED HEALTHCARE,INC REMOVED AS A PARTY. | Not Applicable | |
| N | 05/01/2019 | NOTICE OF RETURN OF DOCUMENT(S) | Not Applicable | 📷 |
| | 05/01/2019 | ANSWER TO AMENDED COMPLAINT IS RETURNED BY COURT FOR THE FOLLOWING REASON(S): CASE HAS NOT YET BEEN MODIFIED. | Not Applicable | |
| | 04/05/2019 1:30 PM DEPT. S26 | RULING ON SUBMITTED MATTER - Minutes | Pre-D Complete | |
| | 04/05/2019 | ON THE 1ST AMENDED COMPLAINT (UNLIMITED) OF MICHAEL KIRBY, KND 52, L.L.C., A DELAWARE LIMITED IS ADDED AS A DEFENDANT. | Not Applicable | |
| | 04/05/2019 | ON THE 1ST AMENDED COMPLAINT (UNLIMITED) OF MICHAEL KIRBY, KINDRED HEALTHCAREOPERATING, LLC, A, KND 55, L.L.C., A DELAWARE LIMITED, THC-ORANGE COUNTY,LLC, A CALIFORNIA, BAYBERRY CARE CENTER, L.L.C., ADELAWARE IS ADDED AS A DEFENDANT. | Not Applicable | |
| | 04/05/2019 8:30 AM DEPT. S26 | MOTION RE: FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FILED BY PLAINTIFF MICHAEL KIRBY - Minutes | GRANTED | |
| | 04/05/2019 8:30 AM DEPT. S26 | MOTION RE: FOR FOUR PROPOSED ORDER RE: DEFENDANTS * FILED BY PLAINTIFF MICHAEL KIRBY - Minutes | Under Submission | |
| | 04/05/2019 8:30 AM DEPT. S26 | FURTHER CASE MANAGEMENT CONFERENCE - Minutes | Off Calendar | |
| | 04/05/2019 | ON THE 1ST AMENDED COMPLAINT (UNLIMITED) OF MICHAEL KIRBY, LAURA KINGSTON, KEOSHA GATES, MARTHA PARRA IS ADDED AS A PLA. | Not Applicable | |
| N | 04/05/2019 | AMENDED COMPLAINT FILED -- AMENDING 1ST AMENDED COMPLAINT (UNLIMITED) OF MICHAEL KIRBY | Not Applicable | 📷 |
| N | 03/28/2019 | REPLY TO SUPPORT TO MOTION RE: ORDER INVALIDATING SET FOR HEARING ON 04/05/19 FILED BY MICHAEL KIRBY. (IMAGED) | Not Applicable | 📷 |
| N | 03/28/2019 | REPLY TO SUPPORT TO MOTION RE: LEAVE TO FILE FIRDT AMENDED COMPLAINT SET FOR HEARING ON 04/05/19 FILED BY MICHAEL KIRBY. (IMAGED) | Not Applicable | 📷 |
| N | 03/28/2019 | REPLY TO DEFENDANT OBJECTIONS TO MOTION RE: FOR ORDER SET FOR HEARING ON 04/05/19 FILED BY MICHAEL KIRBY. (IMAGED) | Not Applicable | 📷 |
| | 01/30/2019 8:30 AM DEPT. S26 | MOTION RE: FOR FOUR PROPOSED ORDERS RE: DEFENDANTS FILED BY PLAINTIFF MICHAEL KIRBY | VACATED | |

| | 01/30/2019 8:30 AM DEPT. S26 | MOTION RE: FOR LEAVE TO FILE FIRST AMENDED COMPLAINT * FILED BY PLAINTIFF MICHAEL KIRBY | VACATED | |
|---|---|---|---|---|
| | 01/30/2019 8:30 AM DEPT. S26 | FURTHER CASE MANAGEMENT CONFERENCE | VACATED | |
| | 01/28/2019 | VACATE L&M HEARING SCHEDULED FOR 01/30/19 AT 08:30 IN DEPARTMENT S26. | Not Applicable | |
| | 01/28/2019 | VACATE FRCMC HEARING SCHEDULED FOR 01/30/19 AT 08:30 IN DEPARTMENT S26. | Not Applicable | |
| N | 01/25/2019 | STIPULATION AND ORDER RE: TO CONTINUE CMC/ HRG DATES FILED. | Not Applicable | 📷 |
| | 01/23/2019 | FILING FEE PAID BY KND DEVELOPMENT 52,LLC FOR STIP TO CONTINUE | Not Applicable | |
| N | 01/23/2019 | OBJECTION TO DEF OPPO TO PLA MTN FOR ORDER FILED BY PLA MICHAEL KIRBY | Not Applicable | 📷 |
| N | 01/23/2019 | OBJECTION TO DEF OPPOSITION TO PLA MOTION FOR LEAVE FILED BY PLAINTIFF MICHAEL KIRBY | Not Applicable | 📷 |
| N | 01/23/2019 | DECLARATION OF JOHNATHAN LEE IN SUPPROT OF PLA OBJECTION FILED | Not Applicable | 📷 |
| N | 01/16/2019 | DECLARATION OF KENNY KAELIN IN SUPPORT OF DEF OPPO TO PLA MTN FILED | Not Applicable | 📷 |
| N | 01/16/2019 | DECLARATION OF JYOTI MITTAL IN SUPPORT OF DEF OPPO FILED | Not Applicable | 📷 |
| N | 01/16/2019 | OPPOSITION TO MOTION RE: FOR LEAVE TO FILE FIRST AMENDED COMPLAINT SET FOR HEARING ON 01/30/19, FILED BY DEFENDANT KND DEVELOPMENT 52,LLC (IMAGED) | Not Applicable | 📷 |

Next 50

Exhibit B

**Query   Reports   Utilities   Help   Log Out**

ACCO,(DFMx),DISCOVERY,MANADR,RELATED-G

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CIVIL DOCKET FOR CASE #: 5:19-cv-00833-JLS-DFM

| | |
|---|---|
| Michael Kirby et al v. Kindred Healthcare Operating, LLC et al | Date Filed: 05/03/2019 |
| Assigned to: Judge Josephine L. Staton | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Douglas F. McCormick | Nature of Suit: 442 Civil Rights: Jobs |
| Related Case: 8:17-cv-00965-JLS-DFM | Jurisdiction: Diversity |
| Cause: 28:1441 Notice of Removal - Employment Discrimination | |

**Plaintiff**

**Michael Kirby**
*individually, and on behalf of other*
*members of the general public similarly*
*situated*

represented by   **Robert J Drexler , Jr**
Capstone Law APC
1875 Century Park East Suite 1000
Los Angeles, CA 90067
310-556-4811
Fax: 310-943-0396
Email:
robert.drexler@capstonelawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel Harman-Holmes**
Capstone Law APC
1875 Century Park East Suite 1000
Los Angeles, CA 90067
310-556-4811
Fax: 310-943-0396
Email: ariel.harman-
holmes@capstonelawyers.com
*ATTORNEY TO BE NOTICED*

**Jonathan Sing Lee**
Capstone Law APC
1875 Century Park East Suite 1000
Los Angeles, CA 90067
310-556-4811
Fax: 310-943-0396
Email: jonathan.lee@capstonelawyers.com
*ATTORNEY TO BE NOTICED*

**Melissa Grant**
Capstone Law APC
1875 Century Park East Suite 1000
Los Angeles, CA 90067
310-556-4811
Fax: 310-943-0396

Email: melissa.grant@capstonelawyers.com
*ATTORNEY TO BE NOTICED*

**Molly DeSario**
Capstone Law APC
1875 Century Park East Suite 1000
Los Angeles, CA 90067
310-556-4811
Fax: 310-943-0396
Email: molly.desario@capstonelawyers.com
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Laura Kingston**
*individually, and on behalf of other members of the general public similarly situated*

represented by **Robert J Drexler , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel Harman-Holmes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Sing Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Molly DeSario**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Keosha Gates**
*individually, and on behalf of other members of the general public similarly situated*

represented by **Robert J Drexler , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel Harman-Holmes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Sing Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Molly DeSario**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Parra**                          represented by    **Robert J Drexler , Jr**
*individually, and on behalf of other*                       (See above for address)
*members of the general public similarly*                    *LEAD ATTORNEY*
*situated*                                                   *ATTORNEY TO BE NOTICED*

                                                             **Ariel Harman-Holmes**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jonathan Sing Lee**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Melissa Grant**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Molly DeSario**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Marie Dick**                   represented by    **Jonathan Sing Lee**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Melissa Grant**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Montes**                        represented by    **Jonathan Sing Lee**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Melissa Grant**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kindred Healthcare Operating, LLC**     represented by    **Jyoti Mittal**
                                                             Littler Mendelson PC
                                                             2049 Century Park East 5th Floor
                                                             Los Angeles, CA 90067-3107
                                                             310-553-0308
                                                             Fax: 310-553-5583
                                                             Email: jmittal@littler.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Staggs Wilson**
Littler Mendelson PC
633 West Fifth Street 63rd Floor
Los Angeles, CA 90071
213-443-4300
Fax: 213-443-4299
Email: estaggs-wilson@littler.com
*ATTORNEY TO BE NOTICED*

**James Elliot Bangert Payer**
Littler Mendelson PC
633 West 5th Street 63rd Floor
Los Angeles, CA 90071
213-443-4300
Fax: 213-443-4299
Email: jpayer@littler.com
*ATTORNEY TO BE NOTICED*

**Maggy Mokhles Athanasious**
Littler Mendelson PC
2049 Century Park East 5th Floor
Los Angeles, CA 90067-3107
310-553-0308
Fax: 310-553-5583
Email: mathanasious@littler.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**KND Development 52, L.L.C.**
*doing business as*
KND 52, L.L.C.

represented by **Elizabeth Staggs Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Elliot Bangert Payer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maggy Mokhles Athanasious**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jyoti Mittal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**KND Development 55, L.L.C.**
*doing business as*
KND 55, L.L.C.

represented by **Jyoti Mittal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Staggs Wilson**

(See above for address)
*ATTORNEY TO BE NOTICED*

**James Elliot Bangert Payer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maggy Mokhles Athanasious**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**THC- Orange County, LLC**                represented by   **Jyoti Mittal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Staggs Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Elliot Bangert Payer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maggy Mokhles Athanasious**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayberry Care Center, L.L.C.**           represented by   **Jyoti Mittal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Staggs Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Elliot Bangert Payer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maggy Mokhles Athanasious**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10, inclusive*

**Defendant**

**Kindred Healthcare, Inc.**               represented by   **James Elliot Bangert Payer**

*a Delaware corporation*
*TERMINATED: 05/03/2019*

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jyoti Mittal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maggy Mokhles Athanasious**
Littler Mendelson PC
2049 Century Park East 5th Floor
Los Angeles, CA 90067-3107
310-712-7310
Fax: 310-553-5583
Email: mathanasious@littler.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foothill Nursing Company Partnership**
*a California general partnership*

represented by **James Elliot Bangert Payer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jyoti Mittal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maggy Mokhles Athanasious**
Littler Mendelson PC
2049 Century Park East 5th Floor
Los Angeles, CA 90067-3107
310-553-0308
Fax: 310-553-5583
Email: mathanasious@littler.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2019 | 1 | NOTICE OF REMOVAL from San Bernardino Superior Court, case number CIVDS1708958 Receipt No: 0973-23676667 - Fee: $400, filed by Defendants KND 52, L.L.C., KND 55, L.L.C., BAYBERRY CARE CENTER, L.L.C., THC-ORANGE COUNTY, LLC, Kindred Healthcare Operating, LLC. (Attachments: # 1 Declaration Declarations in Support of Removal Cover, # 2 Declaration Declarations iso Defendants' Notice of Removal 1 of 6, # 3 Declaration Declarations iso Defendants' Notice of Removal 2 of 6, # 4 Declaration Declarations iso Defendants' Notice of Removal 3 of 6, # 5 Declaration Declarations iso Defendants' Notice of Removal 4 of 6, # 6 Declaration Declarations iso Defendants' Notice of Removal 5 of 6, # 7 Declaration Declarations iso Defendants' Notice of Removal 6 of 6) (Attorney Jyoti Mittal added to party BAYBERRY CARE CENTER, L.L.C.(pty:dft), Attorney Jyoti Mittal added to party KND 52, L.L.C. (pty:dft), Attorney Jyoti Mittal added to party KND 55, L.L.C.(pty:dft), Attorney Jyoti Mittal added to party Kindred Healthcare Operating, LLC(pty:dft), Attorney Jyoti Mittal added to party THC-ORANGE COUNTY, LLC(pty:dft))(Mittal, Jyoti) (Entered: 05/03/2019) |
| 05/03/2019 | 2 | CIVIL COVER SHEET filed by Defendants BAYBERRY CARE CENTER, L.L.C., KND |

| | | |
|---|---|---|
| | | 52, L.L.C., KND 55, L.L.C., Kindred Healthcare Operating, LLC, THC-ORANGE COUNTY, LLC. (Attachments: # 1 Supplement Supplemental Civil Cover Sheet)(Mittal, Jyoti) (Entered: 05/03/2019) |
| 05/03/2019 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Defendants BAYBERRY CARE CENTER, L.L.C., KND 52, L.L.C., KND 55, L.L.C., Kindred Healthcare Operating, LLC, THC-ORANGE COUNTY, LLC identifying Kindred Healthcare Operating, LLC as Corporate Parent. (Mittal, Jyoti) (Entered: 05/03/2019) |
| 05/03/2019 | 4 | NOTICE of Interested Parties filed by Defendants All Defendants, identifying Plaintiff Michael Kirby; Plaintiff Laura Kingston; Plaintiff Keosha Gates; Plaintiff Martha Parra; Defendant Kindred Healthcare Operating, LLC; Defendant KND Development 52, L.L.C. d/b/a KND 52, L.L.C. (erroneously sued as KND 52, L.L.C.); Defendant KND Development 55, L.L.C. d/b/a KND 55, L.L.C. (erroneously sued as KND 55, L.L.C.); Defendant THC-Orange County, LLC; and Defendant Bayberry Care Center, LLC. (Mittal, Jyoti) (Entered: 05/03/2019) |
| 05/03/2019 | 5 | NOTICE of Related Case(s) filed by Defendants BAYBERRY CARE CENTER, L.L.C., KND 52, L.L.C., KND 55, L.L.C., Kindred Healthcare Operating, LLC, THC-ORANGE COUNTY, LLC. Related Case(s): 8:17-cv-00965-JLS-DFMx; 2:17-cv-6166-PSG (FFMx); 5:18-cv-01651-PSG-FFM; 8:18-cv-188-JLS-DFM (Mittal, Jyoti) (Entered: 05/03/2019) |
| 05/03/2019 | | NON CONFORM COPY OF FIRST AMENDED COMPLAINT against Defendants Does 1 through 10, inclusive Bayberry Care Center, L.L.C., KND Development 52, L.L.C., KND Development 55, L.L.C., Kindred Healthcare Operating, LLC, THC- Orange County, LLC amending Notice of Removal (Attorney Civil Case Opening) 1 , filed by plaintiffs Keosha Gates, Laura Kingston, Michael Kirby, Martha Parra. (SUBMITTED ATTACHMENT 2 TO DECLARATION OF JYOTI MITTAL EXHIBIT A)(ghap) Modified on 5/7/2019 (ghap). (Entered: 05/07/2019) |
| 05/03/2019 | | CONFORMED FILED COPY OF COMPLAINT against Defendants Does 1 through 10, inclusive, Bayberry Care Center, L.L.C., KND Development 52, L.L.C., KND Development 55, L.L.C., Kindred Healthcare Operating, LLC, THC- Orange County, LLC.( Jury Demanded., filed by plaintiff Michael Kirby. (FILED IN STATE COURT ON 5/12/2017 SUBMITTED ATTACHMENT 2 TO DECLARATION OF JYOTI MITTAL EXHIBIT B) (ghap) Modified on 5/7/2019 (ghap). (Entered: 05/07/2019) |
| 05/03/2019 | | CONFORMED FILED COPY OF ANSWER to First Amended Complaint, filed by Defendants Does 1 through 10 Bayberry Care Center, L.L.C., KND Development 52, L.L.C., KND Development 55, L.L.C., Kindred Healthcare Operating, LLC, THC- Orange County, LLC. (FILED IN STATE COURT ON 5/2/2019 SUBMITTED ATTACHMENT 2 TO DECLARATION OF JYOTI MITTAL EXHIBIT D)(ghap) Modified on 5/7/2019 (ghap). (Entered: 05/07/2019) |
| 05/03/2019 | | CONFORMED FILED COPY OF ANSWER to Complaint - (Discovery), filed by Defendant KND Development 52, L.L.C. (SUBMITTED ATTACHMENT 3 TO DECLARATION IN SUPPORT OF DEFENDANTS NOTICE OF REMOVAL EXHIBIT L)(ghap) (Entered: 05/07/2019) |
| 05/03/2019 | | CONFORMED FILED COPY OF REQUEST FOR DISMISSAL as to Kindred Healthcare, Inc. without prejudice filed by plaintiff Michael Kirby (FILED IN STATE COURT ON 9/26/2017 SUBMITTED ATTACHMENT 3 TO DECLARATION IN SUPPORT OF DEFENDANTS NOTICE OF REMOVAL EXHIBIT Q) (ghap) (Entered: 05/07/2019) |
| 05/07/2019 | 6 | NOTICE OF ASSIGNMENT of Eastern Division Removal Case. This case was initially assigned to District Judge Jesus G. Bernal and referred to Magistrate Judge Kenly Kiya |

| | | |
|---|---|---|
| | | Kato for discovery. Pursuant to General Order 19-03, this case has been randomly reassigned to District Judge Virginia A. Phillips. The case number on all documents filed with the Court in this case should read as follows: 5:19-cv-00833 VAP (KKx). (ghap) (Entered: 05/07/2019) |
| 05/07/2019 | 7 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) (Entered: 05/07/2019) |
| 05/08/2019 | 8 | STANDING ORDER by Judge Virginia A. Phillips. (See document for details). (pg) (Entered: 05/08/2019) |
| 05/10/2019 | 9 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03-Related Case-filed. Related Case No: 8:17-cv-00965 JLS(DFMx). Case transferred from Magistrate Judge Kenly Kiya Kato and Judge Virginia A. Phillips to Judge Josephine L. Staton and Magistrate Judge Douglas F. McCormick for all further proceedings. The case number will now reflect the initials of the transferee Judge 5:19-cv-00833 JLS(DFMx). Signed by Judge Josephine L. Staton (rn) (Entered: 05/10/2019) |
| 05/13/2019 | 10 | INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON (tg) (Entered: 05/13/2019) |
| 05/13/2019 | 11 | ORDER SETTING SCHEDULING CONFERENCE by Judge Josephine L. Staton. Scheduling Conference is set for 6/28/2019 at 10:30 A.M. (tg) (Entered: 05/13/2019) |
| 06/14/2019 | 12 | JOINT REPORT of Rule 26 Conference filed by Plaintiffs Keosha Gates, Laura Kingston, Michael Kirby, Martha Parra. (Lee, Jonathan) (Entered: 06/14/2019) |
| 06/26/2019 | 13 | MINUTE (In Chambers) SCHEDULING ORDER by Judge Josephine L. Staton: On the Court's own motion, the Scheduling Conference set for hearing 6/28/2019, is VACATED and the following schedule is set. Final Pretrial Conference set for 09/18/2020 at 10:30 AM. (SEE DOCUMENT FOR FURTHER INFORMATION). (jp) (Entered: 06/26/2019) |
| 06/26/2019 | 14 | CIVIL TRIAL ORDER for cases assigned to Judge Josephine L. Staton. (tg) (Entered: 06/26/2019) |
| 06/26/2019 | 15 | ORDER/REFERRAL to ADR Procedure No. 3 by Judge Josephine L. Staton. Case is ordered to a private mediator based upon a stipulation of the parties. ADR Proceeding to be held no later than July 17, 2020. (tg) (Entered: 06/26/2019) |
| 08/27/2019 | 16 | NOTICE OF MOTION AND MOTION for Leave to file Second Amended Complaint filed by Plaintiffs Keosha Gates, Laura Kingston, Michael Kirby, Martha Parra. Motion set for hearing on 11/1/2019 at 10:30 AM before Judge Josephine L. Staton. (Attachments: # 1 Declaration of Jonathan Lee, # 2 Request for Judicial Notice, # 3 Proposed Order) (Lee, Jonathan) (Entered: 08/27/2019) |
| 10/11/2019 | 17 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Leave to file Second Amended Complaint 16 filed by Defendant KND Development 55, L.L.C.. (Attachments: # 1 Declaration of Jyoti Mittal in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File Second-Amended Complaint, # 2 Declaration of Joseph Miller in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File Second-Amended Complaint)(Mittal, Jyoti) (Entered: 10/11/2019) |
| 10/14/2019 | 18 | EX PARTE APPLICATION to Continue Class Certification Schedule Re: Scheduling Order,, Terminate Hearings,, Set/Reset Deadlines/Hearings,,, 13 filed by Plaintiffs Keosha Gates, Laura Kingston, Michael Kirby, Martha Parra. (Attachments: # 1 Declaration of Jonathan Lee, # 2 Proposed Order) (Lee, Jonathan) (Entered: 10/14/2019) |
| 10/15/2019 | 19 | MEMORANDUM in Opposition to EX PARTE APPLICATION to Continue Class Certification Schedule Re: Scheduling Order,, Terminate Hearings,, Set/Reset |

| | | |
|---|---|---|
| | | Deadlines/Hearings,,, 13 18 filed by Defendants KND Development 52, L.L.C., KND Development 55, L.L.C., Kindred Healthcare Operating, LLC, Kindred Healthcare, Inc., THC- Orange County, LLC. (Attachments: # 1 Declaration of James Payer)(Attorney James Elliot Bangert Payer added to party Kindred Healthcare, Inc.(pty:dft))(Payer, James) (Entered: 10/15/2019) |
| 10/18/2019 | 20 | ORDER GRANTING Ex Part to Extend Time in Which to file class Certification Motion 18 by Judge Josephine L. Staton, the Court ORDERS as follows: The deadline for the filing of a class certification motion is extended 45 days to 12/13/2019. The parties shall confer regarding an appropriate briefing schedule for the Opposition and Reply and file a stipulation for the Courts review within 14 days of the entry of this Order. (jp) (Entered: 10/18/2019) |
| 10/18/2019 | 21 | REPLY in support of NOTICE OF MOTION AND MOTION for Leave to file Second Amended Complaint 16 filed by Plaintiffs Keosha Gates, Laura Kingston, Michael Kirby, Martha Parra. (Lee, Jonathan) (Entered: 10/18/2019) |
| 10/28/2019 | 22 | MINUTES (IN CHAMBERS) ORDER GRANTING Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. 16 ) by Judge Josephine L. Staton: The Court GRANTS Plaintiffs' Motion for Leave to File Second Amended Complaint. Plaintiffs are ORDERED to file the Second Amended Complaint within five (5) days of this Order. (jp) (Entered: 10/29/2019) |
| 10/31/2019 | 23 | Second AMENDED COMPLAINT All Defendants amending Amended Complaint,, filed by Plaintiffs Keosha Gates, Laura Kingston, Michael Kirby, Martha Parra(Lee, Jonathan) (Entered: 10/31/2019) |
| 10/31/2019 | 24 | Request for Clerk to Issue Summons on Amended Complaint/Petition 23 filed by Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. (Lee, Jonathan) (Entered: 10/31/2019) |
| 11/01/2019 | 25 | Joint STIPULATION for Order Joint Stipuation and Proposed Order to Set Briefing Schedule for Motion for Class Certification filed by Defendants Bayberry Care Center, L.L.C., Foothill Nursing Company Partnership, KND Development 52, L.L.C., KND Development 55, L.L.C., Kindred Healthcare Operating, LLC, THC- Orange County, LLC. (Attachments: # 1 Proposed Order Re Briefing Schedule for Motion for Class Certification)(Attorney Maggy Mokhles Athanasious added to party Foothill Nursing Company Partnership(pty:dft))(Athanasious, Maggy) (Entered: 11/01/2019) |
| 11/01/2019 | 26 | 21 DAY Summons Issued re Second Amended Complaint 23 as to Defendant Foothill Nursing Company Partnership. (jp) (Entered: 11/01/2019) |
| 11/12/2019 | 27 | ORDER RE: BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION 25 by Judge Josephine L. Staton that (1) Plaintiffs' motion for class certification must be filed no later than 12/13/2019; (2) At the time of filing, Plaintiffs shall notice the hearing on the motion for class certification for 4/17/2020 at 10:30 AM; (3) Defendants' opposition to the motion for class certification must be filed no later than 2/17/2020; and (4) Plaintiffs reply in support of the motion for class certification must be filed no later than 3/16/2020. (jp) (Entered: 11/12/2019) |
| 11/21/2019 | 28 | ANSWER to Amended Complaint/Petition 23 *Defendants' Answer to Plaintiffs' Second Amended Class Action Complaint* filed by Defendants Bayberry Care Center, L.L.C., Foothill Nursing Company Partnership, KND Development 52, L.L.C., KND Development 55, L.L.C., Kindred Healthcare Operating, LLC, Kindred Healthcare, Inc., THC- Orange County, LLC.(Attorney Jyoti Mittal added to party Foothill Nursing Company Partnership(pty:dft), Attorney Jyoti Mittal added to party Kindred Healthcare, Inc.(pty:dft))(Mittal, Jyoti) (Entered: 11/21/2019) |

| | | |
|---|---|---|
| 12/13/2019 | 29 | Joint STIPULATION for Leave to file supplemental briefing re Motion for Class Certification filed by plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. (Attachments: # 1 Proposed Order)(Attorney Jonathan Sing Lee added to party Michelle Marie Dick(pty:pla), Attorney Jonathan Sing Lee added to party Jeffrey Montes(pty:pla))(Lee, Jonathan) (Entered: 12/13/2019) |
| 12/13/2019 | 30 | APPLICATION to file document *[Unredacted] Memorandum of Points and Authorities in Support of Motion for Class Certification; [Unredacted] Declaration of Jonathan Lee* under seal filed by Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. (Attachments: # 1 Declaration of Jonathan Lee, # 2 Proposed Order)(Lee, Jonathan) (Entered: 12/13/2019) |
| 12/13/2019 | 31 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *[Unredacted] Memorandum of Points and Authorities in Support of Motion for Class Certification; [Unredacted] Declaration of Jonathan Lee* under seal 30 filed by Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. (Attachments: # 1 Unredacted Document Memorandum of Points and Authorities in Support of Motion for Class Certification, # 2 Unredacted Document Declaration of Jonathan Lee, Exhibits A-Z, # 3 Unredacted Document Exhibits AA-AJ, # 4 Unredacted Document Exhibit AK, # 5 Unredacted Document Exhibits AL-AX)(Lee, Jonathan) (Entered: 12/13/2019) |
| 12/13/2019 | 32 | NOTICE OF MOTION AND MOTION to Certify Class filed by Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. Motion set for hearing on 4/17/2020 at 10:30 AM before Judge Josephine L. Staton. (Attachments: # 1 Memorandum of Points and Authorities (Redacted), # 2 Declaration of Melissa Grant, # 3 Declaration of Jonathan Lee (Redacted), # 4 Request for Judicial Notice, # 5 Declaration of Michael Kirby, # 6 Declaration of Laura Kingston, # 7 Declaration of Keosha Gates, # 8 Declaration of Martha Parra, # 9 Declaration of Michelle Dick, # 10 Compendium of Class Member Declarations, # 11 Declaration of Amanda Scott, Ph.D., # 12 Declaration of Eric Lietzow, CPA/ABV, # 13 Trial Plan, # 14 Proposed Order) (Lee, Jonathan) (Entered: 12/13/2019) |
| 12/20/2019 | 33 | ORDER Re Joint Stipulation to Allow Opportunity for Limited Supplemental Briefing for Plaintiffs' Motion for Class Certification 29 by Judge Josephine L. Staton, the Court hereby orders: (1) Plaintiffs are permitted to file supplemental briefing to their Motion for Class Certification on or before 12/23/2019; (2) Plaintiffs' supplemental briefing shall be limited to the issues specifically raised in the 12/18/2019 deposition of Rule 30(b)(6) witness for THC-Orange County, LLC (San Francisco Bay Hospital); and (3) The supplemental briefing, plus the memorandum in support of Plaintiffs Motion for Class Certification, shall not exceed twenty-seven (27) combined pages. (jp) (Entered: 12/23/2019) |
| 12/23/2019 | 34 | APPLICATION to file document *Unredacted Second Declaration of Jonathan Lee In Support of Plaintiffs' Motion for Class Certification* under seal filed by Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. (Attachments: # 1 Declaration of Jonathan Lee, # 2 Proposed Order)(Lee, Jonathan) (Entered: 12/23/2019) |
| 12/23/2019 | 35 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Unredacted Second Declaration of Jonathan Lee In Support of Plaintiffs' Motion for Class Certification* under seal 34 filed by Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. (Attachments: # 1 Unredacted Document Unredacted Second Declaration of Jonathan Lee in Support of Plaintiffs' Motion for Class Certification)(Lee, Jonathan) (Entered: 12/23/2019) |
| 12/23/2019 | 36 | SUPPLEMENT to NOTICE OF MOTION AND MOTION to Certify Class 32 filed by |

| | | Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. (Attachments: # 1 Declaration (Second) of Jonathan Lee)(Lee, Jonathan) (Entered: 12/23/2019) |
|---|---|---|
| 01/06/2020 | 37 | Notice of Errata and Declaration of Jeffrey Montes In Support of Motion for Class Certification re NOTICE OF MOTION AND MOTION to Certify Class 32 filed by Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. (Attachments: # 1 Declaration of Jeffrey Montes)(Lee, Jonathan) (Entered: 01/06/2020) |
| 01/30/2020 | 38 | EX PARTE APPLICATION to Set Aside *Individual Settlement Agreements* filed by Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. (Attachments: # 1 Declaration of Jonathan Lee, # 2 Declaration of Melissa Grant, # 3 Proposed Order) (Lee, Jonathan) (Entered: 01/30/2020) |
| 01/31/2020 | 39 | Opposition in Opposition re: EX PARTE APPLICATION to Set Aside *Individual Settlement Agreements* 38 filed by Defendants Bayberry Care Center, L.L.C., Foothill Nursing Company Partnership, KND Development 52, L.L.C., KND Development 55, L.L.C., Kindred Healthcare Operating, LLC, THC- Orange County, LLC. (Attachments: # 1 Declaration)(Athanasious, Maggy) (Entered: 01/31/2020) |
| 02/04/2020 | 40 | DENIED BY ORDER OF THE COURT by Judge Josephine L. Staton re APPLICATION for Leave to File Under Seal 34 . ***Defendants, the designating parties, have not filed with the Court a declaration, compliant with Local Rule 79-5.2.2(b)(i), "establishing that all or part of the designated material is sealable, by showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome" with respect to the documents they have designated as confidential. Plaintiffs are ORDERED to file the unredacted documents on the public docket.*** (jp) (Entered: 02/05/2020) |
| 02/04/2020 | 41 | DENIED BY ORDER OF THE COURT by Judge Josephine L. Staton re APPLICATION for Leave to File under Seal 30 . ***Defendants, the designating parties, have not filed with the Court a declaration, compliant with Local Rule 79-5.2.2(b)(i), "establishing that all or part of the designated material is sealable, by showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome" with respect to the documents they have designated as confidential. Plaintiffs are ORDERED to file the unredacted documents on the public docket.*** (jp) (Entered: 02/05/2020) |
| 02/06/2020 | 42 | MINUTES (IN CHAMBERS) ORDER DENYING Plaintiffs' Ex Parte Application re: Defendants Communications With Putative Class Members (Doc. 38 ) by Judge Josephine L. Staton: The Court therefore DENIES Plaintiffs' Ex Parte Application. Plaintiffs may instead file a regularly noticed motion on this matter. (SEE DOCUMENT FOR FURTHER INFORMATION). (jp) (Entered: 02/06/2020) |
| 02/06/2020 | 43 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION to Certify Class 32 *(Unredacted)* filed by Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. (Attachments: # 1 Declaration of Jonathan Lee with Exhibits A-Z, # 2 Exhibit AA-AJ, # 3 Exhibit AK, # 4 Exhibit AL-AX, # 5 Declaration of Jonathan Lee (2nd))(Lee, Jonathan) (Entered: 02/06/2020) |
| 02/06/2020 | 44 | Joint STIPULATION for Order Continuing Deadline for Defendants' Opposition to Plaintiff's Motion for Class Certification From February 17, 2020 to February 18, 2020 filed by Defendant Kindred Healthcare Operating, LLC. (Attachments: # 1 Proposed Order Continuing Deadline for Defendants' Opposition to Plaintiff's Motion for Class Certification from February 17, 2020 to February 18, 2020)(Mittal, Jyoti) (Entered: 02/06/2020) |

| | | |
|---|---|---|
| 02/07/2020 | 45 | ORDER CONTINUING DEADLINE FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION 44 by Judge Josephine L. Staton that Defendants' deadline to file their opposition to Plaintiffs' motion for class certification shall be continued from Monday February 17, 2020, to Tuesday February 18, 2020. (jp) (Entered: 02/07/2020) |
| 02/12/2020 | 46 | Joint STIPULATION for Order Allow Opportunity for Limited Supplemental Briefing for Defendants' Motion for Class Certification filed by Defendant Kindred Healthcare Operating, LLC. (Attachments: # 1 Proposed Order re Joint Stipulation to Allow Opportunity for Limited Supplemental Briefing for Defendants' Opposition to Plaintiffs' Motion for Class Certification)(Mittal, Jyoti) (Entered: 02/12/2020) |
| 02/18/2020 | 47 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Certify Class 32 filed by Defendants Bayberry Care Center, L.L.C., Foothill Nursing Company Partnership, KND Development 52, L.L.C., KND Development 55, L.L.C., Kindred Healthcare Operating, LLC, THC- Orange County, LLC. (Attachments: # 1 Defendants' Evidentiary Objections, # 2 Documentary Evidence Vol. 1 of 9, # 3 Documentary Evidence Vol. 2 of 9, # 4 Documentary Evidence Vol. 3 of 9, # 5 Documentary Evidence Vol. 4 of 9, # 6 Documentary Evidence Vol. 5 of 9, # 7 Documentary Evidence Vol. 6 of 9, # 8 Documentary Evidence Vol. 7 of 9, # 9 Documentary Evidence Vol. 8 of 9, # 10 Documentary Evidence Vol. 9 of 9, # 11 Notice of Lodging of Proposed Order, # 12 Proposed Order)(Athanasious, Maggy) (Entered: 02/18/2020) |
| 02/18/2020 | 48 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Certify Class 32 filed by Defendants Bayberry Care Center, L.L.C., Foothill Nursing Company Partnership, KND Development 52, L.L.C., KND Development 55, L.L.C., Kindred Healthcare Operating, LLC, Kindred Healthcare, Inc., THC- Orange County, LLC. (Attorney Maggy Mokhles Athanasious added to party Kindred Healthcare, Inc. (pty:dft))(Athanasious, Maggy) (Entered: 02/18/2020) |
| 02/19/2020 | 49 | ORDER RE: JOINT STIPULATION TO ALLOW OPPORTUNITY FOR LIMITED SUPPLEMENTAL BRIEFING FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION by Judge Josephine L. Staton, re Stipulation 46 : Having reviewed and considered the Parties' JOINT STIPULATION TO ALLOW OPPORTUNITY FOR LIMITED SUPPLEMENTAL BRIEFING FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, the Court hereby orders: 1. Defendants' are permitted to file supplemental briefing to their Opposition to Motion for Class Certification on or before March 13, 2020; 2. Defendants' supplemental briefing shall be limited to the issues raised in the depositions of Nikeisha Coleman, Traci McDonald, and Marina Hernandez; and, 3. The supplemental briefing is limited to two pages per additional deponent. (bm) (Entered: 02/19/2020) |
| 02/27/2020 | 50 | NOTICE OF MOTION AND MOTION to Set Aside *Individual Settlement Agreements* filed by Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. Motion set for hearing on 4/24/2020 at 10:30 AM before Judge Josephine L. Staton. (Attachments: # 1 Declaration of Melissa Grant, # 2 Proposed Order) (Lee, Jonathan) (Entered: 02/27/2020) |
| 03/13/2020 | 51 | Joint STIPULATION to Continue CLASS CERTIFICATION REPLY DEADLINE from March 16, 2020 to March 20, 2020 filed by Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. (Attachments: # 1 Proposed Order)(Lee, Jonathan) (Entered: 03/13/2020) |
| 03/16/2020 | 52 | REPLY in support of NOTICE OF MOTION AND MOTION to Certify Class 32 filed by Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. (Attachments: # 1 Second Request for Judicial Notice, # 2 |

| | | |
|---|---|---|
| | | Response to Objections to Evidence; # 3 Declaration (Supplemental) of Amanda Scott) (Lee, Jonathan) (Entered: 03/16/2020) |
| 03/17/2020 | 53 | ORDER Re Joint Stipulation to Continue Class Certification Reply Deadline 51 by Judge Josephine L. Staton, The parties have established GOOD CAUSE to extend the deadline to file a reply brief in support of the motion for class certification from 3/16/2020 to 3/20/2020. (jp) (Entered: 03/17/2020) |
| 03/17/2020 | 54 | (Lee, Jonathan) (Entered: 03/17/2020) |
| 03/19/2020 | 55 | STATEMENT /JOINT STIPULATION RE DEFENDANTS' MOTION TO COMPEL DEPOSITIONS OF NIKEISHA COLEMAN AND TRACI MCDONALD (Attachments: # 1 Declaration of Jyoti Mittal and Exhibits, # 2 Declaration of Jonathan Lee)(Payer, James) (Entered: 03/19/2020) |
| 03/20/2020 | 56 | (In Chambers) Order re: Defendants' Motion to Compel (Dkt. 55) by Magistrate Judge Douglas F. McCormick: The Court finds this matter suitable for decision without a hearing. See Local Rule 7-15. Defendants' motion is GRANTED. Defendants' counsel is directed to lodge a proposed order within seven (7) days of this order. (es) (Entered: 03/20/2020) |
| 03/25/2020 | 57 | EX PARTE APPLICATION for Leave to file to File a Sur-Reply in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification filed by Defendant KND Development 52, L.L.C.. (Attachments: # 1 Declaration of Jyoti Mittal in Support of Defendants' Ex Parte Application for Leave to File a Sur Reply in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, # 2 Proposed Order) (Mittal, Jyoti) (Entered: 03/25/2020) |
| 03/26/2020 | 58 | Opposition re: EX PARTE APPLICATION for Leave to file to File a Sur-Reply in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification 57 filed by Plaintiffs Michelle Marie Dick, Keosha Gates, Laura Kingston, Michael Kirby, Jeffrey Montes, Martha Parra. (Lee, Jonathan) (Entered: 03/26/2020) |
| 03/27/2020 | 59 | DENIED BY ORDER OF THE COURT by Judge Josephine L. Staton re EX PARTE APPLICATION for Leave to File a Sur-Reply 57 . NO SHOWING OF GOOD CAUSE. (jp) (Entered: 03/27/2020) |
| 03/27/2020 | 60 | NOTICE OF LODGING filed [Proposed] Order Granting Defendants' Motion To Compel Depositions of Nikeisha Coleman and Traci McDonald re Minutes of In Chambers Order/Directive - no proceeding held, 56 , Statement 55 (Attachments: # 1 Proposed Order)(Payer, James) (Entered: 03/27/2020) |
| 03/31/2020 | 61 | MINUTE (IN CHAMBERS) ORDER CONTINUING Hearing on Motion for Class Certification (Doc. 32 ) by Judge Josephine L. Staton: The Court issues this ORDER in response to the unforeseeable global pandemic involving the disease coronavirus 2019, caused by the virus SARS-CoV-2. Therefore, to protect from possible spread of the virus, the hearing on Plaintiffs Motion for Class Certification currently scheduled for 4/17/2020, at 10:30 AM., is continued to 6/12/2020 at 10:30 AM. (jp) (Entered: 03/31/2020) |
| 03/31/2020 | 62 | ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DEPOSITIONS OF NIKEISHA COLEMAN AND TRACI MCDONALD by Magistrate Judge Douglas F. McCormick. *See order for details.* (es) (Entered: 04/01/2020) |
| 04/03/2020 | 63 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Set Aside Individual Settlement Agreements 50 filed by Defendants Bayberry Care Center, L.L.C., Foothill Nursing Company Partnership, KND Development 52, L.L.C., KND Development 55, L.L.C., Kindred Healthcare Operating, LLC, Kindred Healthcare, Inc., THC- Orange County, LLC. (Attachments: # 1 Declaration OF JAMES PAYER IN |

| | | |
|---|---|---|
| | | SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION FOR ORDER (1) INVALIDATING PURPORTED SETTLEMENTS; (2) PROHIBITING DEFENDANTS FROM EX PARTE COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS RE CLAIMS; (3) ORDERING DEFENDANTS TO SEND A CORRECTIVE NOTICE; AND (4) REQUIRING DEFENDANTS TO IDENTIFY THE CLASS MEMBERS WHO THEY HAVE CONTACTED RE: SETTLEMENT, # 2 Exhibit A In Support of James Payer Declaration, # 3 Exhibit B In Support of James Payer Declaration) (Attorney James Elliot Bangert Payer added to party Foothill Nursing Company Partnership(pty:dft))(Payer, James) (Entered: 04/03/2020) |
| 04/03/2020 | 64 | OBJECTION Opposition to re: NOTICE OF MOTION AND MOTION to Set Aside *Individual Settlement Agreements* 50 filed by Defendants Bayberry Care Center, L.L.C., Foothill Nursing Company Partnership, KND Development 52, L.L.C., KND Development 55, L.L.C., Kindred Healthcare Operating, LLC, Kindred Healthcare, Inc., THC- Orange County, LLC. (Attachments: # 1 Proposed Order GRANTING DEFENDANTS OBJECTIONS TO PLAINTIFFS EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS MOTION FOR ORDER (1) INVALIDATING PURPORTED SETTLEMENTS; (2) PROHIBITING DEFENDANTS FROM EX PARTE COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS RE CLAIMS; (3) ORDERING DEFENDANTS TO SEND A CORRECTIVE NOTICE; AND (4) REQUIRING DEFENDANTS TO IDENTIFY THE CLASS MEMBERS WHO THEY HAVE CONTACTED RE: SETTLEMENT)(Payer, James) (Entered: 04/03/2020) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/09/2020 15:37:28 | | |
| **PACER Login:** | MelissaGrant | **Client Code:** | Kirby |
| **Description:** | Docket Report | **Search Criteria:** | 5:19-cv-00833-JLS-DFM End date: 4/9/2020 |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |