MELISSA GRANT, Bar No. 205633
melissa.grant@capstonelawyers.com
ROBERT DREXLER, Bar No. 119119
robert.drexler@capstonelawyers.com
MOLLY DESARIO, Bar No. 230763
molly.desario@capstonelawyers.com
JONATHAN LEE, Bar No. 267146
jonathan.lee@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: 310.556.4811
Fax No.:   310.943.0396

Attorneys for Plaintiffs
MICHAEL KIRBY, LAURA KINGSTON,
KEOSHA GATES, MARTHA PARRA,
MICHELLE MARIE DICK, and JEFFREY
MONTES

***Additional Counsel Continued on Next Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KIRBY, LAURA KINGSTON, KEOSHA GATES, MARTHA PARRA, MICHELLE MARIE DICK, JEFFREY MONTES, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KINDRED HEALTHCARE OPERATING, LLC, a Delaware limited liability company; KND 52, L.L.C, a Delaware limited liability company; KND 55 L.L.C., a Delaware limited liability company; THC-ORANGE COUNTY, L.L.C., a California limited liability company; Bayberry Care Center, L.L.C., a Delaware limited liability company; Foothill Nursing Company Partnership, a California general partnership; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:19-cv-00833 JLS(DFMx)<br><br>ASSIGNED FOR ALL PURPOSES TO JOSEPHINE L. STATON<br><br>**JOINT STIPULATED NOTICE OF SETTLEMENT AND REQUEST TO POSTPONE CURATIVE NOTICE AND VACATE CLASS CERTIFCATION HEARING**<br><br><br>Complaint Filed: May 12, 2017<br>FAC Filed: April 5, 2019<br>SAC Filed: October 31, 2019<br>(San Bernardino Superior Court) |

<u>ADDITIONAL COUNSEL</u>

ELIZABETH STAGGS WILSON, Bar No. 183160
estaggs-wilson@littler.com
JAMES PAYER, Bar No. 292158
jpayer@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Tel No.: 213.443.4300 / Fax No.: 213.443.4299

MAGGY M. ATHANASIOUS, Bar No. 252137
mathanasious@littler.com
JYOTI MITTAL, Bar No. 288084
jmittal@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Tel No.: 310.553.0308 / Fax No.: 310.553.5583

Attorneys for Defendants
KINDRED HEALTHCARE OPERATING, LLC, KND DEVELOPMENT 52, L.L.C. d/b/a KND 52, L.L.C. (erroneously sued as KND 52, L.L.C.), KND DEVELOPMENT 55, L.L.C. d/b/a KND 55, L.L.C. (erroneously sued as KND 55, L.L.C.), THC-ORANGE COUNTY, LLC, BAYBERRY CARE CENTER, LLC and FOOTHILL NURSING COMPANY PARTNERSHIP

Plaintiffs Michael Kirby, Laura Kingston, Keosha Gates, Martha Parra, Michelle Marie Dick and Jeffrey Montes ("Plaintiffs") and Defendants Kindred Healthcare Operating, LLC, KND Development 52, LLC d.b.a. KND 52, LLC, KND Development 55, LLC, d.b.a. KND 55, LLC, THC-Orange County, LLC, Bayberry Care Center, LLC and Foothill Nursing Company Partnership ("Defendants") (together the "Parties") respectfully stipulate and agree as follows:

1. WHEREAS, on December 13, 2019, Plaintiffs filed their Motion for Class Certification (Dkt. No. 32), which Defendants opposed and Plaintiffs replied (Dkt. Nos. 47, 52). This motion is pending a hearing set June 12, 2020. (Dkt. No. 61.)

2. WHEREAS, on February 27, 2020, Plaintiffs filed a Motion for an order (1) invalidating individual settlements; (2) prohibiting Defendants from further *ex parte* communications with putative class members; (3) ordering Defendants to send a corrective notice; and (4) requiring Defendants to identify the class members they have contacted regarding settlement (Dkt. No. 50), which Defendants opposed and Plaintiffs replied (Dkt. Nos. 63, 65).

3. WHEREAS, on May 1, 2020, the Court granted in part and denied in part Plaintiffs' Motion, ordering:

    a. Defendants to produce the list of contacted individuals to Plaintiffs within seven (7) days of the date of the Order; and

    b. The Parties to submit a proposed curative notice consistent with this Order to the Court for approval within fourteen (14) days of the date of this Order, after meeting and conferring (i.e., no later than May 15, 2020). (Dkt. No. 68.)

4. WHEREAS, pursuant to the Court's retroactive order continuing the deadline to submit the proposed curative notice to May 20, 2020 (Dkt. No. 73), the Parties lodged a proposed curative notice on that date (Dkt. No. 72). The corresponding Notice of Lodging advised the Court that "The Parties will promptly

update the Court regarding the outcome of mediation, as the terms of a settlement could have a bearing on the contents of the Curative Notice." (Dkt. No. 72.)

5. WHEREAS, on May 21, 2020, the Parties engaged in a mediation with Hon. Michael D. Marcus (Ret.) and reached a settlement in principle of all claims alleged in this action, on a class action basis.

6. WHEREAS, the terms of this settlement in principle provide for additional money to be paid to class members who already received settlement payments pursuant to their individual settlement agreements with Defendants that were at issue in Plaintiffs' Motion to Invalidate the individual settlements (Dkt. No. 50). The Parties are meeting and conferring on a formula to pay the various categories of settlement class members, which will depend, in part, on whether they entered into individual settlement agreements with Defendants.

7. Accordingly, the Parties stipulate and agree that the Court need not rule on the Curative notice. The Parties will meet and confer and agree on a new notice incorporating the proposed terms of the Parties' settlement agreement.

8. Further, the Parties stipulate and agree that the June 12, 2020 hearing and determination on Plaintiffs' motion for class certification, and the September 18, 2020 final pretrial conference be vacated in light of Plaintiffs' anticipated submission of a motion for preliminary approval of class action settlement.

**IT IS SO STIPULATED.**

Dated: May 27, 2020     CAPSTONE LAW APC

*/s/ Robert Drexler*
MELISSA GRANT
ROBERT DREXLER
MOLLY DESARIO
JONATHAN LEE
Attorney for Plaintiffs
MICHAEL KIRBY, LAURA KINGSTON, KEOSHA GATES, MARTHA PARRA, MICHELLE MARIE DICK, and JEFFREY MONTES

2.

Dated: May 27, 2020

LITTLER MENDELSON, P.C.,

*/s/ Maggy M. Athanasious*
ELIZABETH STAGGS WILSON,
MAGGY ATHANASIOUS
JYOTI MITTAL
JAMES PAYER
Attorneys for Defendants
KINDRED HEALTHCARE OPERATING, LLC, KND DEVELOPMENT 52, L.L.C. d/b/a KND 52, L.L.C. (erroneously sued as KND 52, L.L.C.), KND DEVELOPMENT 55, L.L.C. d/b/a KND 55, L.L.C. (erroneously sued as KND 55, L.L.C.), THC-ORANGE COUNTY, LLC, BAYBERRY CARE CENTER, LLC and FOOTHILL NURSING COMPANY PARTNERSHIP

I, Maggy M. Athanasious, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Plaintiffs' counsel concurred in this filing and has authorized the filing.

By: */s/ Maggy M. Athanasious*

4815-6119-2381.2

3.