JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KIRBY, LAURA KINGSTON, KEOSHA GATES, MARTHA PARRA, MICHELLE MARIE DICK, JEFFREY MONTES, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KINDRED HEALTHCARE OPERATING, LLC, a Delaware limited liability company; KND 52, L.L.C., a Delaware limited liability company; KND 55, L.L.C., a Delaware limited liability company; THC - ORANGE COUNTY, LLC, a California limited liability company; Bayberry Care Center, L.L.C., a Delaware limited liability company; Foothill Nursing Company Partnership, a California general partnership; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-00833-JLS-DFM<br><br>Hon. Josephine L. Staton<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO REMAND** |

1 | Based on the Parties' stipulation, the Court orders this matter shall be remanded to the San Bernardino County Superior Court.

**IT IS SO ORDERED.**

Dated: June 09, 2020

_____
Hon. Josephine L. Staton
United States District Judge

Page 1
JOINT STIPULATION TO REMAND THIS CASE TO THE SAN BERNARDINO COUNTY SUPERIOR COURT